THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BARBARA HASKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CV 08-1007 CW<br><br>**ORDER FOR SENTENCE 4 REMAND** |

      The Court hereby approves the parties' stipulation for remand and, accordingly, this case is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). As stipulated by the parties, on remand, the ALJ will be directed to update the record, hold a new hearing, and properly consider and address lay evidence from Plaintiff's husband and former employer.  The ALJ also will properly consider and address Plaintiff's headaches and side effects of medications.

      Dated: Nov. 17, 2008      _____/S/_____
                                           CARLA WOEHRLE
                                           UNITED STATES MAGISTRATE JUDGE