1  IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
   LAW OFFICES OF IRENE RUZIN
2  16311 VENTURA BLVD., SUITE 900
   ENCINO, CA 91436
3  TEL:  (818) 325-2888
   FAX: (818) 325-2890
4  ireneruzin@earthlink.net

5  Attorney for Plaintiff, BARBARA HASKINS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| BARBARA HASKINS, | ) Case No.: CV 08-1007 CW |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
|  | ) AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|  | ) CARLA WOEHRLE |
| Defendants. | ) UNITED STATES MAGISTRATE |
|  | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin, as Plaintiff's assignee, is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND SEVEN HUNDRED AND FIFTY DOLLARS ($3,750.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: ___January 8, 2009____

_____/S/_____
CARLA WOEHRLE
U.S. MAGISTRATE JUDGE