IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
LAW OFFICES OF IRENE RUZIN
16311 VENTURA BLVD., SUITE 900
ENCINO, CA 91436
TEL:  (818) 325-2888
FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, BARBARA HASKINS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA HASKINS, | ) Case No.: CV 08-1007 CW |
| Plaintiff, | ) <u>ORDER</u> |
| vs. | ) <u>AWARDING EAJA FEES</u> |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendants. | ) CARLA WOEHRLE UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin,  as Plaintiff's assignee,  is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND SEVEN HUNDRED AND FIFTY DOLLARS ($3,750.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: ___January 8, 2009____

_____/S/_____
CARLA WOEHRLE
U.S. MAGISTRATE JUDGE